So Ordered.



Frederick P. Corbit
Bankruptcy Judge

Dated: October 1st, 2014

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No.: **14-01521-FPC11** |
| **EAM ENTERPRISES, LLC,** | Chapter **11** |
| Debtor. | **FINDINGS OF FACT** |

**THIS MATTER** coming before the Court upon the issues raised by Debtor's request for confirmation of Debtor's Plan of Reorganization and amendment thereto ("Plan") and final approval of Debtor's Disclosure Statement and amendment thereto ("Disclosure Statement") and based upon the evidence produced, the Court now makes the following:

### FINDINGS OF FACT

1. Debtor's Plan of Reorganization and Disclosure Statement were filed herein on August 6, 2014 and amended/supplemented by amendment filed September 15, 2014, which were submitted to Creditors and other parties in interest;

Findings of Fact-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

14-01521-FPC11    Doc 119    Filed 10/01/14    Entered 10/02/14 16:01:07    Pg 1 of 3

2. The Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law;

3. The provisions of Chapter 11 of the United States Code have been complied with and the Plan has been proposed in good faith and not by any means forbidden by law;

4. (a) Each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtor were liquidated under Chapter 7 of the Code on such date, or (b) the Plan does not discriminate unfairly, and is fair and equitable with respect to each class of claims or interests that is impaired under, and has not accepted the Plan;

5. All payments made or promised by the Debtor or by a person issuing securities or acquiring property under the Plan or by any other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable and are hereby approved, or, if to be fixed after confirmation of the Plan, will be subject to approval of the Court;

6. Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization of the Debtor, or (b) if the Plan is a plan of liquidation, the Plan sets a time period in which liquidation will be accomplished, and provides for the eventuality that the liquidation is not accomplished in that time period;

Findings of Fact-2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

14-01521-FPC11    Doc 119    Filed 10/01/14    Entered 10/02/14 16:01:07    Pg 2 of 3

7. Pursuant to the Plan, the following acts or events constitute substantial consummation of the Plan: sixty (60) days following Confirmation, provided that Debtor has paid all installments provided by this Plan to be paid within that time;

8. Creditors were given Notice of Confirmation and no objections thereto were made, or if made, have been resolved;

9. It is proper that Debtor's Disclosure Statement be approved; and

10. It is proper that Debtor's Plan be confirmed.

///END OF ORDER///

PRESENTED BY:

SOUTHWELL & O'ROURKE, P.S.

BY: s/ Dan O'Rourke
    DAN O'ROURKE, WSBA #4911

Findings of Fact-3

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

14-01521-FPC11    Doc 119    Filed 10/01/14    Entered 10/02/14 16:01:07    Pg 3 of 3